# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                                          CASE NO: 3:02cr5-006

LEON CLARK,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his cooperation and significant assistance to the Government in the investigation and prosecution of others.

Defendant's sentence of confinement is, therefore, reduced from 120 months to 60 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order signed 31 May 2002 shall remain unchanged.

**ORDERED** this17th day of May 2005.

                                                                         *s/L.A. Collier*
                                                                         LACEY A. COLLIER
                                                              Senior United States District Judge